APR-30-2001  10:10      GIESSEL BARKER,LYMAN                    P.02

44
v. 3/99)

# CIVIL COVER SHEET

e JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required
law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use
he Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**a) PLAINTIFFS**

Benzi Craig

**DEFENDANTS**

Arthur Wood & Son and Marmaxx
Operating Corp. d/b/a Marshalls

**b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Cameron Cty
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**C)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Edward E. Robinson
The Flueriet Scnell Law Firm
621 E. Tyler
Harlingen, TX  78550   956/428-3030

ATTORNEYS (IF KNOWN)  Marshall G. Rosenberg
Giessel, Barker & Lyman
909 Fannin, Suite 2700
Houston, TX 77010   713/759-1990

## BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

| | | III. CITIZENSHIP OF PRINCIPAL PARTIES | | | |
|---|---|---|---|---|---|

(For Diversity Cases Only)   (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 4 Diversity
(Indicate Citizenship of Parties
in Item III)

U.S. Government
Defendant

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 10 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | | | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

Appeal to District
Judge from
☐ 7 Magistrate
Judgment

**I. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Diversity

**II. REQUESTED IN
COMPLAINT:**

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ YES   ☐ NO

**III. RELATED CASE(S)** (See instructions):
IF ANY

JUDGE

DOCKET NUMBER

ATE   30 Apen 2001

SIGNATURE OF ATTORNEY OF RECORD

OR OFFICE USE ONLY

United States District Court
Southern District of Texas
FILED

APR 2 4 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BENZI CRAIG | § | B  01 - 061 . |
| | § | |
| VS. | § | CIVIL ACTION NO. _____ |
| | § | |
| ARTHUR WOOD & SON and MARMAXX | § | |
| OPERATING CORP. d/b/a MARSHALLS | § | |

## NOTICE OF REMOVAL

TO THE CLERK OF THE U. S. DISTRICT COURT:

Defendant MARMAXX OPERATING CORP. D/B/A MARSHALLS, files this Notice

of Removal to the United States District for the Southern District of Texas, Brownsville

Division, for the reasons stated below:

1.    MARMAXX OPERATING CORP. D/B/A MARSHALLS is a Defendant in

Cause No. 00-06449-00-0-B, styled Benzi Craig v. Arthur Wood & Son and Marmaxx

Operating Corp. d/b/a Marshalls, filed in the 197th District Court of Cameron County,

Texas.  This Notice of Removal is filed in the United States District Court for the Southern

District of Texas within the time allowed by law for removal of civil actions pursuant to 28

U.S.C. § 1332 and § 1441(b).  A copy of Plaintiff's Original Petition, the first pleading

served on Defendant, is attached as Exhibit "A."

1: 369413
55555: 55555

2.      MARMAXX OPERATING CORP. D/B/A MARSHALLS has also attached as Exhibit "B" all other pleadings, orders and process that it has received as required by 28 U.S.C. § 1446(a).

3.      The United States District Court for the Southern District of Texas, Brownsville Division, is the district and division having jurisdiction over the place where the state court action is pending.

4.      A copy of this Notice of Removal will be filed with the clerk of the District Court of Cameron County, Texas, as required by 28 U.S.C. § 1446(d).

5.      This suit involves a controversy between citizens of different states. At the time of the filing of this action and at the time of removal, Plaintiff was a citizen of the State of Texas. MARMAXX OPERATING CORP. D/B/A MARSHALLS was, and is, a corporation incorporated under the laws of the State of Delaware, with its principal place of business in Massachusetts.

6.      It is believed that Plaintiff will allege an amount in controversy in this suit exceeds the sum of $75,000.00, exclusive of interests and costs. Plaintiff claims that Defendant was negligent, breached a warranty of merchantability and is strictly liable for the sale of a tea pot which allegedly injured Plaintiff. Plaintiff claims that the negligence resulted in burns and physical injuries. Plaintiff's damage claims include claims for pain and suffering, medical care, physical impairment, disfigurement and loss of earning capacity.

1: 369413
55555: 55555

7.      Plaintiff has not filed any pleadings in this cause in state court other than her Original Petition.  Defendant has not filed any pleadings in this cause in state court other than its Original Answer and Jury Demand.  Copies of these are attached hereto.

8.      Promptly after the filing of this Notice of Removal, written notice of such filing is being given by MARMAXX OPERATING CORP. D/B/A MARSHALLS to Plaintiff as required by law and a copy of this notice is being delivered to Plaintiff.

9.      The first day that this case became removable was on or about February 20, 2001 when Defendant was served Plaintiff's Original Petition.  At that time, the amount in controversy and the diversity of parties were established to provide the basis for removal jurisdiction.  This notice of removal is timely filed.

10.     No other named defendants have been served as of the time of this removal.

Respectfully submitted,

MARSHALL G. ROSENBERG
TBA No. 12771450

2700 Two Houston Center
909 Fannin Street
Houston, Texas 77010-1063
Telecopier No. 652-2419
(713) 759-1990

ATTORNEYS FOR DEFENDANT
MARMAXX OPERATING CORP. D/B/A
MARSHALLS

OF COUNSEL

GIESSEL, BARKER & LYMAN, P.C.

1: 369413
55555: 55555

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record by telecopier, certified mail, return receipt requested, and/or by messenger, on this _18th_ day of _April_____, 2001.

_____
MARSHALL G. ROSENBERG

1: 369413
55555: 55555

# EXHIBIT "A"

CVisPDF – www.fastxxx.com

FILED __9:__ O'CLOCK __A__ M
AURORA DE LA GARZA DIST. CLERK

FEB 0 2 2001

DISTRICT COURT OF CAMERON COUNTY, TEXAS

CAUSE NO. 2001-02-594-C

| | | |
|---|---|---|
| BENZI CRAIG | § | IN THE 197TH JUDICIAL |
| | § | |
| | § | |
| v. | § | |
| | § | DISTRICT COURT OF |
| | § | |
| ARTHUR WOOD & SON and | § | |
| MARMAXX OPERATING CORP. d/b/a | § | |
| MARSHALLS | § | CAMERON COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE DISTRICT JUDGE:

This is a lawsuit brought by Benzi Craig against Marmaxx Operating Corp. d/b/a Marshalls and Arthur Wood & Son based on the following allegations of fact and law:

**1.  DISCOVERY CONTROL PLAN – LEVEL TWO**

All discovery in this suit will be conducted in accordance with and governed by Rule 190.3 of the Texas Rules of Civil Procedure.

**2.  PARTIES**

2.01.  The Plaintiff is Benzi Craig, a natural person who resides in Harlingen, Cameron County, Texas.

2.02.  Defendant Arthur Wood & Son is a foreign corporation engaging in business in this state but not maintaining a regular place of business in this state and not having designated an agent in this state for service of process. Thus the Secretary of State for the State of Texas is an agent for substituted service of process on Arthur Wood & Son pursuant to § 17.044(b) of the Texas Civil Practice &

PLAINTIFF'S ORIGINAL PETITION – Page 1

Remedies Code. Defendant Arthur Wood & Son may be served by delivering citation, along with a certified copy of this petition, to the Secretary of State as agent for substituted service of process at P.O. Box 12079, Austin, Texas, 78711-2079. Pursuant to Article 10(a) of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (Hague Convention), the Secretary of State can forward the citation by mail to Arthur Wood & Son at its headquarters or home office address of Arthur Wood & Son (Longport) plc., Bradwell Works, Longport, Stoke-on-Trent, Staffordshire, ST6 4LL.

2.03. Defendant Marmaxx Operating Corp. d/b/a Marshalls ("Marshalls"), is a foreign corporation engaging in business in this state and with its principal place of business in Framingham, Massachusetts. It may be served by delivering citation, along with a certified copy of this petition, to its registered agent for service at the following address: CT Corporations Systems, 1021 Main Street, Suite 1150, Houston, Texas 77002.

3. **VENUE**

All or substantially all of the events or omissions giving rise to the cause of action which forms the basis of this suit occurred in Cameron County, Texas. Plaintiff also resided in Cameron County at the time this cause of action accrued. Thus, venue is proper in Cameron County, Texas.

4. **JURISDICTION**

The damages sought by Plaintiff are within the jurisdictional limits of this Court.

b-00001 PHOENIX TXSD on 04/24/2001    Page 9 of 20

## 5.    FACTS

5.01.  On or about October 4, 2000, Plaintiff Benzi Craig purchased an earthenware teapot from the Marshall's department store in Harlingen Texas.  The teapot bore the brand name "Arthur Wood" on its base and on information and belief was manufactured by Defendant Arthur Wood & Son.  Arthur Wood & Son placed the teapot into the stream of commerce, and the teapot reached the ultimate consumer, Benzi Craig, from Defendant Arthur Wood & Son through Defendant Marshalls to Plaintiff.

5.02.  On or about October 18, 2000, Plaintiff used the teapot to prepare tea in her home.  Having filled the teapot with hot water, Plaintiff gripped the teapot by its handle and began carrying the teapot from a work area of her kitchen to a serving table.  Suddenly and without warning the base of the teapot fractured completely around its circumference, causing the base of the teapot to instantaneously and completely separate from the teapot's body.  The catastrophic failure of the teapot released the scalding water inside, which in turn caused severe, painful and disfiguring burns to Plaintiff's midriff.

## 6.    CAUSES OF ACTION AGAINST DEFENDANT ARTHUR WOOD & SON

### A.  Strict Products Liability

6.01 At all times relevant to this suit, Defendant Arthur Wood & Son was engaged in the business of designing, manufacturing, marketing and/or distributing earthenware products for household use, including the teapot at issue in this case. Defendant Arthur Wood & Son is strictly liable to plaintiff for manufacturing,

PLAINTIFF'S ORIGINAL PETITION – Page 3

marketing and/or placing the teapot at issue into the stream of commerce. Such teapot was unreasonably dangerous at the time it left the control and custody of Defendant Arthur Wood & Son because the teapot contained manufacturing defects which caused the teapot to fail catastrophically without warning merely two weeks after it was purchased new and far in advance of its projected useful life. The teapot did not conform to the design standards of its manufacturer, or the kitchenware industry, due to deficiencies or imperfections in the manufacture, assembly, or materials used in building the teapot. Each such manufacturing defect was a producing and proximate cause of the accident and the injuries and damages suffered by Plaintiff.

### B. Negligence

6.02    Pleading further, Defendant Arthur Wood & Son was negligent in the manufacture, marketing and/or distribution of the teapot in question, which negligence was a proximate cause of the accident and the injuries and damages suffered by Plaintiff.

### C. Breach of Implied Warranty of Merchantability

6.03    Pleading further, Defendant Arthur Wood & Son breached the implied warranty of merchantability stated in § 2.314 of the Texas Business and Commerce Code by manufacturing, marketing and/or placing into the stream of commerce the defective teapot in question which, because of a lack of something necessary for adequacy, was not fit for the ordinary purposes for which such goods are used or which did not conform to the promises or affirmations of fact made on the materials

or packaging accompanying the teapot. Such breach of warranty was a producing or proximate cause of the accident and the injuries and damages suffered by Plaintiff.

## 7. CAUSES OF ACTION AGAINST DEFENDANT MARSHALLS

### A. Strict Products Liability

7.01 At all times relevant to this suit, Defendant Marshalls was engaged in the business of marketing and/or distributing consumer products, including earthenware products for household use such as those designed and manufactured by Defendant Arthur Wood & Son, including the teapot at issue in this case. Defendant Marshalls is strictly liable to plaintiff for marketing and/or placing the teapot at issue into the stream of commerce. Such teapot was unreasonably dangerous at the time it left the control and custody of Defendant Marshalls because the teapot contained manufacturing defects which caused the teapot to fail catastrophically without warning merely two weeks after it was purchased new and far in advance of its projected useful life. The teapot did not conform to the design standards of its manufacturer, or the kitchenware industry, due to deficiencies or imperfections in the manufacture, assembly, or materials used in building the teapot. Each such manufacturing defect was a producing and proximate cause of the accident and the injuries and damages suffered by Plaintiff.

## B. Negligence

7.02  Pleading further, Defendant Marshalls was negligent in the marketing and/or distribution of the teapot in question, which negligence was a proximate cause of the accident and the injuries and damages suffered by Plaintiff.

## C. Breach of Implied Warranty of Merchantability

7.03  Pleading further, Defendant Marshalls breached the implied warranty of merchantability stated in § 2.314 of the Texas Business and Commerce Code by marketing and/or placing into the stream of commerce the defective teapot in question which, because of a lack of something necessary for adequacy, was not fit for the ordinary purposes for which such goods are used or which did not conform to the promises or affirmations of fact made on the materials or packaging accompanying the teapot. Such breach of warranty was a producing or proximate cause of the accident and the injuries and damages suffered by Plaintiff.

8.  **DAMAGES**

8.01  Defendants Arthur Wood & Son and Marshalls are liable to Plaintiff Benzi Craig for her injuries and damages sustained due to the catastrophic failure of the teapot, past and future, as follows:

1.  Physical pain and mental anguish;

2.  medical expenses;

3.  physical impairment;

4.  disfigurement; and

4.  loss of earning capacity;

PLAINTIFF'S ORIGINAL PETITION – Page 6

8.02  The actual damages sought by Plaintiff are in an amount within the jurisdictional limits of this Court.

## 9.  CONDITIONS PRECEDENT

All conditions precedent to the filing of this suit have occurred.

## 10.  PRAYER

Wherefore, Plaintiff Benzi Craig respectfully prays that this matter be set for trial at the first convenience of the Court and that, upon such trial, she have judgment of the Court against Defendant Arthur Wood & Son and Defendant Marmaxx Operating Corp. d/b/a Marshalls for her actual damages alleged herein, costs of court, and such other and further relief, general and special, legal and equitable, to which Plaintiff may show herself justly entitled.

DATED: __January 31__, 2001.

Respectfully submitted,

**THE FLEURIET SCHELL LAW FIRM LLP**
621 E. Tyler
Harlingen, Texas  78550
(956) 428-3030
(956) 421-4339 (fax)
*rds@fleurietschell.com*

By: _____
Edward E. Robinson
State Bar No. 17089100

**ATTORNEYS FOR PLAINTIFFS**

Case ___-cv-00061    Document ___    Filed in TXSD on 04/24/2001    Page 14 of 20

# JURY DEMAND

TO THE HONORABLE DISTRICT CLERK:

Plaintiff Benzi Craig hereby demands a jury in this cause.

Edward E. Robinson

PLAINTIFF'S ORIGINAL PETITION – Page 8

**ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE**

Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation.

Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court.

NAME OF PREPARER TITLE

ADDRESS

CITY STATE ZIP

**CERTIFICATE OF DELIVERY OF MAIL**

I hereby certify that on the 2nd of FEBRUARY 2001, I mailed to

MARAMAXX OPERATING CORP.

by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO. 1700901619
RETURN RECEIPT REQUESTED
DELIVERY TO ADDRESSEE ONLY

AURORA DE LA GARZA, District Clerk
Cameron County, Texas

By [signature], Deputy

DISTRICT CLERK CAMERON COUNTY, TEXAS

Case 1:01-cv-00061   Document 1   Filed in TXSD on 04/24/2001   Page 16 of 20

# LIST OF COUNSEL

Edward E. Robinson
TBA No. 17089100
The Flueriet Schell Law Firm, L.L.P.
621 E. Tyler
Harlingen, Texas 78550
Telephone: (956) 428-3030
Telecopier: (956) 421-4339

ATTORNEYS FOR PLAINTIFF
BENZI CRAIG

MARSHALL G. ROSENBERG
TBA No. 12771450
GIESSEL, BARKER & LYMAN, INC.
2700 Two Houston Center
909 Fannin Street
Houston, Texas 77010-1063
Telecopier No. (713) 652-2419
(713) 759-1990

ATTORNEYS FOR DEFENDANT
MARMAXX OPERATING CORP. D/B/A MARSHALLS

f: 369413
55555; 55555

CutePDF - www.fetito.com

Case 1:01-cv-00061    Document 1    Filed in TXSD on 04/24/2001    Page 17 of 20

# LIST OF PARTIES

Plaintiff:           Benzi Craig

Defendants:          Marmaxx Operating Corp. d/b/a Marshalls, and Arthur Wood & Son

     The current status of this removed case is that it was pending in State District Court in Cameron, County, Texas.

1: 369413
55555: 55555

Case 1:01-cv-00061   Document 1   Filed in TXSD on 04/24/2001   Page 18 of 20

# INDEX OF ATTACHMENTS

Exhibit "A"                     Plaintiff's Original Petition/Citation

Exhibit "B"                     Defendant Marmaxx Operating Corp. d/b/a Marshalls
                                First Original Answer and Counterclaim; Application for
                                Jury Trial

                                District Court Removal Notice

                                No Docket Sheet existed at the time of this removal

                                List of Counsel

                                List of Parties

1: 369413
55555: 55555

Cause No. 2001-02-594-C

| BENZI CRAIG | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | CAMERON COUNTY, TEXAS |
| | § | |
| ARTHUR WOOD & SON and MARMAXX | § | |
| OPERATING CORP. d/b/a MARSHALLS | § | 197TH JUDICIAL DISTRICT |

## NOTICE OF FILING REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that Defendant MARMAXX OPERATING CORP. D/B/A MARSHALLS, has filed in the United States District Court for the Southern District of Texas, Brownsville Division, a Notice of Removal of Cause No. 2001-02-594C, styled "Benzi Craig v. Arthur Wood & Son and Marmaxx Operating Corp. d/b/a Marshalls", which is currently pending in the 197th Judicial District Court of Cameron County, Texas, a true and correct copy of which Notice of Removal is attached hereto as Exhibit "A" and is incorporated herein by reference for all purposes. Pursuant to 28 U.S.C. § 1446d, this Court shall proceed no further unless and until this cause is remanded.

1: 369413
55555: 55555

Respectfully submitted,

MARSHALL G. ROSENBERG
TBA No. 12771450

2700 Two Houston Center
909 Fannin Street
Houston, Texas 77010-1063
Telecopier No. 652-2419
(713) 759-1990

ATTORNEYS FOR DEFENDANT
MARMAXX OPERATING CORP. D/B/A
MARSHALLS

OF COUNSEL

GIESSEL, BARKER & LYMAN, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record by telecopier, certified mail, return receipt requested, and/or by messenger, on this 17TH day of April, 2001.

MARSHALL G. ROSENBERG

1: 369413
55555: 55555

CUtPDF - www.fastio.com