2

Cause No. 2001-02-594-C

| | | |
|---|---|---|
| BENZI CRAIG | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | CAMERON COUNTY, TEXAS |
| | § | |
| ARTHUR WOOD & SON and MARMAXX | § | |
| OPERATING CORP. d/b/a MARSHALLS | § | 197TH JUDICIAL DISTRICT |

CAB-01-61

United States District Court
Southern District of Texas
FILED

APR 2 4 2001

Michael N. Milby
Clerk of Court

## JURY DEMAND

COMES NOW, MARMAXX OPERATING CORP. D/B/A MARSHALLS, Defendant in the above-entitled and numbered cause, and pursuant to the provisions of Rule 38 of the Federal Rules of Civil Procedure, hereby formally makes this demand and application for a jury trial in this litigation.

Respectfully submitted,

MARSHALL G. ROSENBERG
TBA No. 12771450

2700 Two Houston Center
909 Fannin Street
Houston, Texas 77010-1063
Telecopier No. 652-2419
(713) 759-1990

ATTORNEYS FOR DEFENDANT
MARMAXX OPERATING CORP. D/B/A
MARSHALLS

OF COUNSEL

GIESSEL, BARKER & LYMAN, P.C.

1: 369413
55555: 55555

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record by telecopier, certified mail, return receipt requested, and/or by messenger, on this \_\_\_\_ day of _____, 2001.

_____
MARSHALL G. ROSENBERG

1: 369413
55555: 55555

## LIST OF COUNSEL

Edward E. Robinson
TBA No. 17089100
The Flueriet Schell Law Firm, L.L.P.
621 E. Tyler
Harlingen, Texas 78550
Telephone: (956) 428-3030
Telecopier: (956) 421-4339

ATTORNEYS FOR PLAINTIFF
BENZI CRAIG


MARSHALL G. ROSENBERG
TBA No. 12771450
GIESSEL, BARKER & LYMAN, INC.
2700 Two Houston Center
909 Fannin Street
Houston, Texas 77010-1063
Telecopier No. (713) 652-2419
(713) 759-1990

ATTORNEYS FOR DEFENDANT
MARMAXX OPERATING CORP. D/B/A MARSHALLS

1: 369413
55555: 55555

## LIST OF PARTIES

Plaintiff:      Benzi Craig

Defendants:   Marmaxx Operating Corp. d/b/a Marshalls, and Arthur Wood & Son

    The current status of this removed case is that it was pending in State District Court in Cameron, County, Texas.

1: 369413
 55555: 55555

## INDEX OF ATTACHMENTS

Exhibit "A"          Plaintiff's Original Petition/Citation

Exhibit "B"          Defendant Marmaxx Operating Corp. d/b/a Marshalls First Original Answer and Counterclaim; Application for Jury Trial

                     District Court Removal Notice

                     No Docket Sheet existed at the time of this removal

                     List of Counsel

                     List of Parties

1: 369413
55555: 55555