United States District Court
Southern District of Texas
FILED

JUL 2 3 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BENZI CRAIG, *Plaintiff* | § § § | |
| v. | § § | CIVIL ACTION NO. B-01-061 |
| ARTHUR WOOD & SON, *ET AL.*, *Defendants* | § § § | UNOPPOSED |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT ARTHUR WOOD AND SON'S MOTION TO DISMISS FOR LACK OF JURISDICTION

Subject to her pending Motion for Remand and without waiving her right to relief under same, Plaintiff Benzi Craig files this unopposed motion for an extension of her time to respond to Defendant Arthur Wood and Son's Motion to Dismiss for Lack of Jurisdiction Pursuant to Fed. R. Civ. P. 12(b).

Pursuant to Federal Rule of Civil Procedure 6(b), this Court has discretion to enlarge Plaintiff Craig's response time for cause shown. In this regard, Plaintiff Craig would show that an extension of her response time until August 7, 2001 is necessary in order that she may prepare a full and complete response to Defendant Arthur Wood and Son's motion, which raises a variety of arguments and factual allegations concerning this Court's personal jurisdiction over an international defendant.

Plaintiff Craig therefore requests that this Court grant an extension permitting her until August 7, 2001 to respond to Defendant Arthur Wood and Son's Motion to Dismiss for Lack of Jurisdiction Pursuant to Fed. R. Civ. P. 12(b).

Respectfully submitted,

Edward E. Robinson
State Bar No. 17089100
Fed. I. D. No. 11600
Attorney-in-Charge for Plaintiff Benzi Craig
621 E. Tyler
Harlingen, TX 78550
(956) 428-3030   (956)421-4339 (Fax)

OF COUNSEL:
THE FLEURIET SCHELL LAW FIRM LLP
621 E. Tyler
Harlingen, TX 78550
(956) 428-3030   (956)421-4339 (Fax)

ATTORNEYS FOR PLAINTIFF CRAIG

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was served upon the following counsel of record:

| | |
|---|---|
| Mark Sossi | Marshall G. Rosenberg |
| Willette & Guerra, L.L.P. | Darrell Landry |
| International Plaza, Suite 460 | Giessel, Barker & Lyman, P.C. |
| 3505 Boca Chica Boulevard | 2700 Two Houston Center |
| Brownsville, Texas 78521 | 909 Fannin Street |
| | Houston, Texas 77010-1063 |

by regular mail on this the 20th day of July, 2001.

_____
Edward E. Robinson

UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANT ARTHUR WOOD AND SON'S MOTION
TO DISMISS FOR LACK OF JURISDICTION - 3